**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: December 30, 2009**

Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 BANKRUPTCY |
| ) | |
| CARY LEE LOVINS ) | CASE NO. 2-09-bk-11274-SSC |
| xxx-xx-6657 ) | |
| ) | **2ND DISMISSAL ORDER** |
| ) | |
| Debtor(s) ) | |

It having been shown to the Court that the Debtor(s) has failed to comply with the Court requirement concerning:

In accordance to General Order 99, Rule 2084-10, Debtor(s) have failed to make the interim Plan payments. Debtor(s) are currently delinquent $8,040.00 with another Plan payment of $1,340.00 due on 12/21/09

The Trustee Stipulated to Reinstate the above case allowing Debtor to bring Plan payments current by September 18, 2009. To date, **NO PAYMENTS HAVE BEEN RECEIVED..**

Now Therefore,

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor(s) motion. The Court may set a hearing on the Debtor(s) motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 28 U.S.C. § 586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the Debtor(s);

-1-

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor(s) funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney. If the Debtor(s) Chapter 13 Plan contained an Application for the Payment of Administrative Expenses to the Debtor(s) attorney and no party filed an objection to the Application, then the Debtor(s) attorney may lodge an Order approving the Application within ten days after the Court enters this Dismissal Order. Alternatively, the Debtor(s) attorney has ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court previously entered a payroll deduction order on one or both of the Debtor(s) wages, then the Court vacates that order; and

(F) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated.

**ORDERED AND ENTERED AS DATED ABOVE.**

Lodged with the Court and mailed on
See Electronic Signature Block to:

Martin Berkley
4700 S. Mill Ave., #7
Tempe, AZ   85282

Cary Lee Lovins
10641 N. 35th St.
Phoenix, AZ   85028

Susan Havermale
Digitally signed by Susan Havermale
DN: cn=Susan Havermale, c=US, o=Edward Maney Chapter 13 Trustee, email=susanh@maney13trustee.com
Date: 2009.12.15 10:05:09 -07'00'

Clerk, Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: snydera              Page 1 of 2              Date Rcvd: Dec 31, 2009
Case: 09-11274                Form ID: pdf002            Total Noticed: 55

The following entities were noticed by first class mail on Jan 02, 2010.
db           +CARY LEE LOVINS,    10641 N. 35TH ST.,    PHOENIX, AZ 85028-3311
smg           AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ 85007-2650
cr            Maricopa County Treasurer's Office,    c/o Colleen Connor,    Deputy County Attorney,
               Civil Division,    222 N. Central Avenue, Suite 1100,    Phoenix, AZ 85004-2206
cr           +U.S. Bank National Association, as trustee, on beh,    Tiffany & Bosco, P.A.,
               2525 E. Camelback Rd.,    Suite 300,    Esplanade II,    Phoenix, AZ 85016-4237
cr           +WACHOVIA DEALER SERVICES, INC. fka WFS FINANCIAL,,    JABURG & WILK,    C/O RONALD M. HORWITZ,
               3200 N. CENTRAL AVE.,    SUITE 2000,    PHOENIX, AZ 85012-2463
8117277      +AT&T,    POB 30218,    Los Angeles CA 90030-0218
8117280      +AZ Dept. of Revenue,    Special Operations 7th Floor,    1600 W. Monroe,    Phoenix AZ 85007-2612
8117276      +Arizona Dept. of Econonic Security,    Child Support Enforcement,    1275 W. Washington,
               Phoenix AZ 85007-2926
8117278      +Az Attorney General,    PO Box 6123,    Phoenix AZ 85005-6123
8117279       Az Dept of Revenue,    Tech Compliance, Bk Unit,    1660 W. Monroe, Rm 110,    Phoenix AZ 85007
8117281      +Bank of America,    Recovery Management, MO2-100-09-18,    100 N. Broadway,
               Saint Louis MO 63102-2728
8117282       Bureau of Medical Economics,    326 E Coronado Rd,    Phoenix AZ 85004-1524
8117283       Chase,    Bank One Card Serv,    Westerville OH 43081
8219433       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
8157100      +Chase Home Finance, LLC,    Tiffany & Bosco, P.A.,    2525 E. Camelback Rd. Suite 300,
               Esplanade II,    Phoenix, AZ 85016-4237
8117284      +Citimortgage,    Po Box 9438,    Gaithersburg MD 20898-9438
8117285       Credit Collection Service,    PO Box 55126,    Boston MA 02205-5126
8117286      +Deanna L McCaughey,    2412 W. Straight Arrow Lane,    Phoenix AZ 85085-4733
8117287       Firstsource,    POB 628,    Buffalo NY 14240-0628
8232833       Ford Motor Credit Company LLC,    Dept 55955,    P O Box 55000,    Detroit  MI  48255-0953
8117289      +Gregory Williams,    5724 W. Palmiere,    Glendale AZ 85301-2440
8117292      +HSBC Best Buy,    PO Box 15521,    Wilmington DE 19850-5521
8117290      +Harold E Scherr,    Attorney at Law,    1064 Gfreenwood Blvd STe 328,    Lake Mary FL 32746-5419
8117291       Hilco Rec,    One Northbrook Pla,    Northbrook IL 60062
8117293     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Centralized Insovency Ops,    PO Box 21126,
               Philadelphia PA 19114-0326)
8117294      +Lawrence Marks,    1708 E Thomas Rd,    Phoenix AZ 85016-7604
8117295       M&I Bank,    PO Box 2045,    Milwaukee WI 53201-2045
8117296      +Maricopa County Attorney,    100 W Washington St,    Phoenix AZ 85003-1805
8117297       Maricopa County Treasurer,    301 W. Jefferson St, Rm 100,    Phoenix AZ 85003-2199
8195341       Maricopa County Treasurer's Office,    c/o Colleen Connor,,    Deputy County Attorney,
               Civil Division,    222 North Central Avenue, Suite 1100,    Phoenix, Arizona  85004-2206
8117298      +Ncc Bus Sv,    Po Box 24739,    Jacksonville FL 32241-4739
8117299      +Orthopedic Group Dr. Zolton,    2222 Highland Ave,    Phoenix AZ 85016-4872
8117300      +Pentagroupfi,    5959 Corporate Dri,    Houston TX 77036-2302
8117301      +Publishers Billing Exchange,    POB 7004,    La Habra CA 90632-7004
8117302      +Robert G. Robertson,    dba Robinson & Associates,    5724 W. Palmaire Ave.,
               Glendale AZ 85301-2440
8180478       SOUTHWEST GAS CORPORATION,    PO BOX 1498/BANKRUPTCY DESK,    VICTORVILLE CA 92393-1498
8117303       Southwest Credit,    5910 W. Plano Phwy Ste 100,    Plano TX 75093-4638
8117304      +Southwest Diagnostic Imaging,    PO Box 849753,    Dallas TX 75284-9753
8117305      +Sps    Select ortfolio Services,    10401 Deerwood Par,    Jacksonville FL 32256-0505
8163103      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
8117306      +Target N.B.,    Po Box 673,    Minneapolis MN 55440-0673
8157023      +U.S. Bank National Association,    Tiffany & Bosco, P.A.,    2525 E. Camelback Rd. Suite 300,
               Esplanade II,    Phoenix, AZ 85016-4237
8117308      +US Attorney,    40 N. Central Ave. Ste 1200,    Phoenix AZ 85004-0932
8117309       US Attorney General Western Reg,    Dept of Justice, Tax Div,    PO Box 683,
               Washington DC 20044-0683
8117307       Universal Fidelity LP,    POB 941911,    Houston TX 77094-8911
8117310       Verizon,    Natinal Recovery D,    Folsom CA 95630
8117311     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wachdlrserv,    P.O. Box 1697,    Winterville NC 28590)
8236627     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wachovia Dealer Services,    P.O. Box 19657,    Irvine, Ca 92623)
8271279      +WACHOVIA DEALER SERVICES, INC.,    JABURG & WILK, P.C.,    C/O RONALD M. HORWITZ,
               3200 N. CENTRAL AVE.,    SUITE 2000,    PHOENIX, AZ 85012-2463
8117312       Wachovia Bank NA,    NC8502,    POB 563966,    Charlotte NC 28256-3966
8117313       Washington Mutual Card Svs,    POB 660548,    Dallas TX 75266-0548
8471953      +West Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397

The following entities were noticed by electronic transmission on Dec 31, 2009.
8316322      +E-mail/Text: bankruptcy@aps.com                             APS,    MS 3209,    PO BOX 53933,
               PHOENIX AZ 85072-3933
8117288      +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2009 22:42:23     Gemb/Mervyn,    Po Box 981400,
               El Paso TX 79998-1400
8360378      +E-mail/Text: bknotice@ncmllc.com                             National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
                                                                                                TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8489619*       Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
                                                                                    TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2010**                    **Signature:**       *Joseph Speetjens*